Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAN ANSELMO POST, NO. 179, THE AMERICAN LEGION, DEPARTMENT OF CALIFORNIA, ET AL., <br><br> Defendant. | CASE NO. CV 10-5592-SBA <br><br> PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE |

TO THE HONORABLE SAUNDRA BROWN ARMSTRONG, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon Defendant San Anselmo Post, No. 179, The American Legion, Department of California, an unknown business entity d/b/a Log Cabin Dugout Bar a/k/a The Dugout.

**WHEREFORE,** Plaintiff makes the following representations and recommendations:

///

///

1. On December 9, 2010, Plaintiff's Complaint was filed against Defendant San Anselmo Post, No. 179, The American Legion, Department of California.

2. Plaintiff has not yet perfected service of the initiating suit papers upon Defendant San Anselmo Post, No. 179, The American Legion, Department of California, despite diligent efforts to do so.

3. Specifically, as of this writing, Plaintiff's process server has made **nineteen (19) separate attempts** to serve defendant San Anselmo Post, No. 179, The American Legion, Department of California. These attempts have been unsuccessful however. (Please find a true and correct copy of the process server's Status Reports attached hereto and made part hereof as Plaintiff's Exhibit 1).

4. Most frustrating is the fact that Plaintiff has been attempting to serve the Defendant by and through its Registered Agent for service of process (Please see Plaintiff's Exhibit 2).

5. Notwithstanding the difficulties incurred to date regarding service, Plaintiff has identified an address that it believes *will be* successful to serve its initiating suit papers upon this particular defendant, and has notified its process server of same. Process server will be attempting service at the new address immediately[1]. Plaintiff and it's counsel believe service will be perfected on or before Monday, May 16, 2011.

**WHEREFORE**, Plaintiff respectfully requests that the Court permit an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the defendant.

---

[1] Due to the fact that Plaintiff has been unable to serve the Defendant by and through its Registered Agent Plaintiff intends to effectuate substituted service upon the Defendant by serving the California Secretary of State's Office located at 1500 11th Street, 3rd Floor, Room 390 in Sacramento (Please see Plaintiff's Exhibit 3).

PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE

PAGE 2

# Exhibit 1

Case4:10-cv-05592-SBA Document14 Filed05/09/11 Page3 of 10

```
ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):        (626) 799-9797    Last day(s) to serve, if any:
THOMAS P. RILEY                                          Fax: (626) 799-9795
THOMAS P. RILEY, LAW OFFICES OF                          tprlaw@att.net     TPR-11
1114 FREMONT AVENUE
SOUTH PASADENA, CA 91030                                 Ref. No. or File No.
ATTORNEY FOR (Name):   PLAINTIFF   LOG CABIN DUGOUT BAR AKA THE DUGOUT
```

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF/PETITIONER:
JOE HAND PROMOTIONS, INC

DEFENDANT/RESPONDENT:
SAN ANSELMO POST, NO. 179

*** STATUS REPORT ***   HEARING DATE:   TIME:   DEPT/DIV:   CASE NUMBER: CV10 5592 JCS
Attn:

We received the within process in our Process Department on March 7, 2011. We have attempted to effect service on the following party at the address(es) indicated below.

Servee: SAN ANSELMO POST, NO.179, THE AMERICAN LEGION, DEPARTMENT OF CALIFORNIA, AN UNKNOWN BUSINESS ENTITY DBA LOG CABIN DUGOUT BAR AKA THE DUGOUT

Residence: 15 JESSUP STREET, SAN RAFAEL, CA 94901

Business: Business address is unknown.

Our attempts at service include, but are not limited to, the following dates, times and status detail:

| Date | Time | Status |
|---|---|---|
| March 11, 2011 | 07:45 pm | NO ANSWER (RESIDENCE). NAME ON MAILBOX. |
| March 15, 2011 | 01:45 pm | NO ANSWER (RESIDENCE). |
| March 18, 2011 | 06:30 pm | NO ANSWER (RESIDENCE), NO ACTIVITY. |
| March 24, 2011 | 08:35 pm | NO ANSWER (RESIDENCE). LIGHTS ARE ON UPSTAIRS. |
| March 28, 2011 | 10:50 am | NO ANSWER (RESIDENCE). |
| March 29, 2011 | 05:30 pm | NO ANSWER (RESIDENCE), NO ACTIVITY. |
| April 3, 2011 | 02:16 pm | NO ANSWER (RESIDENCE), NO ACTIVITY. |
| April 8, 2011 | 05:20 pm | NO ANSWER (RESIDENCE) ADDRESS VERIFIED. |
| April 14, 2011 | 05:25 pm | NO ANSWER (RESIDENCE). |
| April 20, 2011 | 08:20 pm | NO ANSWER (RESIDENCE). LIGHTS ARE ON UPSTAIRS. |
| April 25, 2011 | 10:00 am | NO ANSWER (RESIDENCE). NO ANSWER AT NEIGHBORS. |
| April 30, 2011 | 11:30 am | NO ANSWER (RESIDENCE). |
| May 3, 2011 | 08:00 pm | NO ANSWER (RESIDENCE). LIGHTS ARE ON UPSTAIRS. |
| May 5, 2011 | 07:00 am | NO ANSWER (RESIDENCE). |
| May 6, 2011 | 07:30 pm | NO ANSWER (RESIDENCE). LIGHTS ARE ON UPSTAIRS. |
| May 7, 2011 | 08:00 am | NO ANSWER (RESIDENCE). |
| May 7, 2011 | 03:00 pm | NO ANSWER (RESIDENCE), HONKED HORN, BUT NO RESPONSE FROM INSIDE THE RESIDENCE. |
| May 8, 2011 | 10:30 am | NO ANSWER (RESIDENCE), HONKED HORN, BUT NO RESPONSE FROM INSIDE THE RESIDENCE. |
| May 8, 2011 | 07:55 pm | NO ANSWER (RESIDENCE). LIGHTS ARE ON UPSTAIRS. |

Date: May 9, 2011

If you have any additional information that would help us facilitate this service, please write it on a copy of this report and return it to us on route or fax it to: (213) 481-7343. Thank you.

**Absolute Service of Los Angeles**
1301 West Second Street, Suite 208, Los Angeles, CA 90026 (213) 481-7334

*** SERVICE OF PROCESS STATUS REPORT ***

P22219-1/asstatus

# Exhibit 2

# California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries

## Business Entity Detail

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page
Service Options
Name Availability
Forms, Samples & Fees
Annual/Biennial Statements
Filing Tips
Information Requests
  (certificates, copies &
  status reports)
Service of Process
FAQs
Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business
  Relations Program

Customer Alert
(misleading business
 solicitations)

Data is updated weekly and is current as of Friday, May 06, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | SAN ANSELMO POST, NO. 179, THE AMERICAN LEGION, DEPARTMENT OF CALIFORNIA. |
| Entity Number: | C0155852 |
| Date Filed: | 10/18/1933 |
| Status: | SUSPENDED |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | P O BOX 125 |
| Entity City, State, Zip: | SAN ANSELMO CA 94979-0125 |
| Agent for Service of Process: | DAVID W PRICE |
| Agent Address: | 15 JESSUP ST |
| Agent City, State, Zip: | SAN RAFAEL CA 94901 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Modify Search   New Search   Printer Friendly   Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2011   California Secretary of State

# Exhibit 3

# Service of Process

Corporations, limited liability companies and limited partnerships are required by statute to designate an agent for service of process.

The **California Business Search** contains abstracts of certain information relating to corporations, limited liability companies and limited partnerships based on the most current filings that are of record in this office, including the name and address of the agent for service of process, if any.

However, serving the designated agent is not the only method of serving a particular business entity with process. The Code of Civil Procedure and Corporations Code provide multiple methods for direct service and for substituted service of process. Please refer to the following code sections for further information:

- California Code of Civil Procedure, section **415.30** (notice and acknowledgement by mail)
- California Code of Civil Procedure, sections **416.10-416.40** (multiple methods of serving designated agents for service of process, as well as other agents of entities upon whom service may be made)
- California Corporations Code, sections **1702, 2011, 2111, 6410, 6721, 8410, 8723, 9670, 12610, 12662, 15800, 15901.16, 15911.05, 16310, 16905, 16914, 16962, 17061, 17355, 17540.5** and **18220** (methods of direct and substituted service of process for business entities)
- Government Code section **12197** (substituted service of process fees)

**Substituted service of process through the Secretary of State's office** may be made upon a business entity if:

- Attempts at direct service of process have been unsuccessful;
- Attempts at direct service have been proven to the court to be reasonably diligent; and
- The court issues an order that service can be made upon the entity by hand delivering to the Secretary of State's office in Sacramento, as substituted service of process upon the entity, the following:

> A copy of the process (generally the summons and complaint) to be served;
> A copy of the court order permitting the service; and
> The statutory $50.00 fee.

Substituted service of process in this manner is not permitted by mail. The order, process to be served and $50.00 fee must be hand delivered to our public counter in Sacramento office during regular business hours of 8:00 a.m. - 5:00 p.m., Monday through Friday (excluding holidays), at 1500 11th Street, 3rd Floor, Room 390.

**Privacy Statement** | **Free Document Readers**

Copyright © 2011    California Secretary of State

1

2  Date: May 9, 2011

Respectfully submitted,

/s/ *Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

3
4
5  ///
6  ///
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 9, 2011, I served:

**PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

San Anselmo Post, No. 179, The American Legion, Department of California (Defendant)
120 Veterans Place
San Anselmo, CA 94960

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 9, 2011, at South Pasadena, California.

Dated: May 9, 2011

/s/ Maria Baird
**MARIA BAIRD**