| THOMAS P. RILEY, ESQ., Bar No.: 194706 | (626) 799-9797 | |
|---|---|---|
| THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | tprlaw@att.net | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): PLAINTIFF LOG CABIN DUGOUT | BAR AKA THE DUGOUT | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF/PETITIONER:
JOE HAND PROMOTIONS, INC

DEFENDANT/RESPONDENT:
SAN ANSELMO POST, NO. 179

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV10 5592 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

3. a. Party served: SAN ANSELMO POST, NO.179, THE AMERICAN LEGION, DEPARTMENT OF CALIFORNIA, AN UNKNOWN BUSINESS ENTITY DBA LOG CABIN DUGOUT BAR AKA THE DUGOUT
   b. Person served: BARBARA SHADOWS - DEPUTY SECRETARY OF STATE
   Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)

4. Address where the party was served: 1500 11TH STREET, 3RD FL RM3
   (Business) SACRAMENTO, CA 95817

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: May 18, 2011 at: 12:00 pm
   under the following Code of Civil Procedure section :
   PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE

7. **Person who served papers**
   a. H. GARCIA
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 208
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $139.75
   e. I am: (3) registered process server.
      (i) independent contractor
      (ii) Registration No.: 2009-90
      (iii) County: SACRAMENTO

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 24, 2011

H. GARCIA

Judicial Council form POS-010 Rev. 01/01/07     **PROOF OF SERVICE**     P22219-2/asgenp