Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Joe Hand Promotions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>San Anselmo Post, No. 179, The American Legion, Department of California, et al.,<br><br>Defendants. | CASE NO. CV 10-5592 SBA<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT SAN ANSELMO POST, NO. 179, THE AMERICAN LEGION, DEPARTMENT OF CALIFORNIA, an unknown business entity d/b/a LOG CABIN DUGOUT BAR A/K/A THE DUGOUT |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant SAN ANSELMO POST, NO. 179, THE AMERICAN LEGION, DEPARTMENT OF CALIFORNIA, an unknown business entity d/b/a LOG CABIN DUGOUT BAR A/K/A THE DUGOUT that the above-entitled action is hereby dismissed **with prejudice** against SAN ANSELMO POST, NO. 179, THE AMERICAN LEGION, DEPARTMENT OF CALIFORNIA, an unknown business entity d/b/a LOG CABIN DUGOUT BAR A/K/A THE DUGOUT, an unknown business entity d/b/a LOG CABIN DUGOUT BAR A/K/A THE DUGOUT.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: September 23, 2011   *s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated:      September 23, 2011      *s/ Geoffrey Gordon-Creed*
**GORDON-CREED, KELLEY, HOLL & SUGERMAN, LLP**
By: Geoffrey Gordon-Creed
Attorneys for Defendant
SAN ANSELMO POST, NO. 179, THE AMERICAN LEGION, DEPARTMENT OF CALIFORNIA, an unknown business entity d/b/a
LOG CABIN DUGOUT BAR A/K/A THE DUGOUT

**IT IS SO ORDERED**:

*[signature]*                                                                    Dated:10/21/11
The Honorable Saundra Brown Armstrong
**United States District Court**
**Northern District of California**

**STIPULATION OF DISMISSAL**
«CaseNo»
**PAGE 2**

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 14, 2011, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT SAN ANSELMO POST, NO. 179, THE AMERICAN LEGION, DEPARTMENT OF CALIFORNIA, an unknown business entity d/b/a LOG CABIN DUGOUT BAR A/K/A THE DUGOUT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Geoffrey Gordon-Creed, Esquire (Attorneys for Defendant)
**GORDON-CREED, KELLEY, HOLL & SUGERMAN, LLP**
222 Kearny Street, Suite 650
San Francisco, CA 94108

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 14, 2011, at South Pasadena, California.

Dated: September 14 2011

INESA MAMIDJANYAN